## Annis Recardo LLOYD, Plaintiff—Appellant,

v.

## Connie JORDAN; Judge J. Hockenbury; Judge Lanier; Roddey Brown, Defendants—Appellees.

### No. 08–8377.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 19, 2009.

Decided: Feb. 27, 2009.

Annis Recardo Lloyd, Appellant Pro Se.

Before WILKINSON, DUNCAN, and AGEE, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Annis Recardo Lloyd appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Lloyd v. Jordan*, No. 5:08–ct–03119–D (E.D.N.C. Oct. 30, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*